IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM E. BENNER, III,
    Plaintiff,

v.

BRIDGESTONE/FIRESTONE, INC.,
    Defendant.

CIVIL ACTION NO. 1:CV-01-0909
Judge Kane

FILED
HARRISBURG

FEB 20 2002

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

## ORDER

The parties informed the Court by letter that they expect to mediate this dispute. The Court held a telephone conference with the parties on February 19, 2002, to discuss the parties' plans for mediation. This _20_ day of February, 2002, **IT IS ORDERED THAT** the Plaintiff shall file a status report in the above-captioned case no later than March 15, 2002.

_____
YVETTE KANE
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 22, 2002

Re:   1:01-cv-00909   Benner v. Bridgestone/Fireston

True and correct copies of the attached were mailed by the clerk to the following:

Michael J. O'Connor, Esq.
Killian & Gephart, LLP
218 Pine Street
P.O. Box 886
Harrisburg, PA   17108-0886

Todd J. Shill, Esq.
Rhoades & Sinon
One South Market Square
P.O. Box 1146
Harrisburg, PA   17108-1146

Michael J. Ranallo, Esq.
Holland & Knight, LLP
55 West Monroe Street, Suite 800
Chicago, IL   60603

Sean Nash, Esq.
Holland & Knight, LLP
55 West Monroe Street, Suite 800
Chicago, IL   60603

```
cc:
Judge                             (✓)           ( ) Pro Se Law Clerk
Magistrate Judge                  ( )           ( ) INS
U.S. Marshal                      ( )           ( ) Jury Clerk
Probation                         ( )
U.S. Attorney                     ( )
Atty. for Deft.                   ( )
Defendant                         ( )
Warden                            ( )
Bureau of Prisons                 ( )
Ct Reporter                       ( )
Ctroom Deputy                     ( )
Orig-Security                     ( )
Federal Public Defender           ( )
Summons Issued                    ( ) with N/C attached to complt. and served by:
```

2-22-02