ORIGINAL

SMITH B. GEPHART
THOMAS W. SCOTT
JANE GOWEN PENNY
TERRENCE J. McGOWAN
PAULA J. McDERMOTT
J. PAUL HELVY
MICHAEL J. O'CONNOR
HEATHER M. FAUST

THE LAW FIRM OF
# KILLIAN & GEPHART, LLP
218 PINE STREET
P. O. BOX 886
HARRISBURG, PENNSYLVANIA 17108-0886
----------
TELEPHONE (717) 232-1851
FAX NO. (717) 238-0592
www.killiangephart.com

Of Counsel:
JOHN D. KILLIAN

March 15, 2002

FILED
HARRISBURG, PA

R 18 2002

MARY E. D'ANDREA, CLERK
Per _____

The Honorable Yvette Kane
U.S. District Court
Federal Building
Harrisburg, PA 17108

    RE:    **William E. Benner, III, v. Bridgestone/Firestone, Inc.**
             **District Court, Middle District of Pennsylvania**
             **NO.: 1:CV-01-0909**

Dear Judge Kane:

       Pursuant to your February 20, 2002, Order, please accept this correspondence as a status report in the above-captioned case. The parties engaged in a mediation session on March 11, 2002, in an attempt to resolve this case. Unfortunately, the parties were unable to reach a settlement. After the session, counsel for the parties discussed exchanging information in an attempt to resolve this case sometime in the future.

       My client, William Benner, is scheduled for deployment on March 18, 2002, with a likely return 45 days later in early May 2002. However, there is no guarantee that the deployment will only last for 45 days. Upon my client's return, he will likely be redeployed for service two months later in July 2002 for another 45-day period. My client has been informed that this cycle will continue indefinitely.

       Previously, the parties exchanged written discovery, although we had suspended providing responses until we had the opportunity to engage in the mediation process. Both parties will exchange responses to the discovery requests within the next 30 days. Thereafter, the parties will need to conduct depositions. Also, I intend to file an Amended

The Honorable Yvette Kane
March 15, 2002
Page 2

Complaint as indicated in the Joint Case Management Plan submitted by the parties. Pursuant to the Federal Rules of Civil Procedure, I will either seek leave of Court or consent of opposing counsel in order to file the amendment. Mr. Ranallo has requested I forward a draft amendment for his review, which I will do next week.

Finally, due to my client's deployments and the parties' desire to engage in the mediation process, counsel for the parties realize they are unable to adhere to Your Honor's September 28, 2002, Case Management Order. I have discussed this matter with opposing counsel, and we believe another status conference would be helpful to establish a case management schedule which is compatible with the Court's docket and my client's military obligation.

Thank you for your courtesy and attention to this matter.

Very truly yours,

Michael J. O'Connor

MJO/ph

cc: Michael J. Ranallo, Esquire
    Todd J. Shill, Esquire