*See Attached*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM E. BENNER, III | : | CIVIL ACTION NO. 1:CV-01-909 |
| Plaintiff | : | |
| v. | : | Judge Kane |
| BRIDGESTONE/FIRESTONE, INC. | : | |
| Defendant | : | |

### ORDER

AND NOW, this 18th day of March, 2002, **IT IS HEREBY ORDERED THAT** a status telephone conference is scheduled for April 11, 2002, at 10:00 a.m. to discuss the status of this case. Plaintiff's counsel shall initiate this conference call.

_____
Yvette Kane
United States District Judge