IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| WILLIAM E. BENNER, III,<br>Plaintiff | CIVIL ACTION NO.<br>1:CV-01-909 |
| v. | Judge Kane |
| BRIDGESTONE/FIRESTONE, INC.,<br>Defendant | FILED<br>HARRISBURG<br>APR 1 6 2002<br>MARY E. D'ANDREA, CLERK<br>Per_____<br>DEPUTY CLERK |

**O R D E R**

AND NOW this 16th day of April, 2002, **IT IS HEREBY ORDERED**

**THAT** the case management order dated September 28, 2001 is AMENDED as follows:

| | |
|---|---|
| Close of Fact Discovery: | July 26, 2002 |
| Report of Experts: | August 7, 2002 |
| Response Reports to Experts Report: | August 16, 2002 |
| Dispositive Motions and Supporting Briefs Due: | August 30, 2002 |
| Local Rule 16.30 - Attorney Conference and Exchange of Proposed Jury Instructions: On or before: | October 25, 2002 |
| Motions In Limine Due: | November 1, 2002 |
| Pretrial Memoranda Due: | November 15, 2002 |
| Pretrial and Settlement Conference: | November 18, 2002 - 10:00 a.m. |
| Joint Jury Instructions with Objections and Proposed Voir Dire Questions Due: | November 27, 2002 |
| Jury Selection and Trial: | December 2, 2002 - 9:30 a.m. |

Yvette Kane
United States District Judge