2 Ct
w/ Proposed Amd Compl

ORIGINAL

FILED
HARRISBURG, PA

MAY 02 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

(18)
5/3/02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM E. BENNER, III, | : | CIVIL ACTION - LAW |
| Plaintiff | : | |
| | : | NO.: 1:CV-01-0909 |
| v. | : | [JUDGE KANE] |
| | : | |
| BRIDGESTONE/FIRESTONE, INC. | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## PRAECIPE TO AMEND COMPLAINT

Defendant, Bridgestone/Firestone, Inc., has consented to Plaintiff filing an Amended Complaint in the above-captioned matter.

Respectfully submitted,

_____
Michael J. O'Connor, Esquire
**Killian & Gephart**
218 Pine Street, P. O. Box 886
Harrisburg, PA 17108
(717) 232-1851
Attorney I. D. #76127

Dated: May 2, 2002

Attorneys for Plaintiff