IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM E. BENNER, III          :
        Plaintiff          :          CIVIL ACTION NO.  1:CV-01-909
                     :
     v.          :          (Judge Kane)
                     :
BRIDGESTONE/FIRESTONE, INC.          :
        Defendant          :

**FILED**
**HARRISBURG**

MAY - 9 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**ORDER**

**AND NOW,** this _8th_ day of _May_, 2002,  **IT IS HEREBY ORDERED**

**THAT** Defendant's Motion (Doc. No. 18) for leave to file an amended complaint is

**GRANTED**.

_____
Yvette Kane
United States District Judge