FILED
HARRISBURG, PA

JUL 08 2002

MARY E. D'ANDREA, CLERK
Per _____
     Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM E. BENNER, III, | : |
| Plaintiff, | : CIVIL ACTION - LAW |
| v. | : No.: 1:CV-01-0909 |
| BRIDGESTONE/FIRESTONE, INC., | : Honorable Judge Kane |
| | : JURY TRIAL DEMANDED |
| Defendant. | : |

## CONSENT MOTION TO STAY PROCEEDINGS

Plaintiff, William Benner III, and Defendant, BFS Retail & Commercial Operations, LLC (formerly doing business as the retail division of Bridgestone/Firestone, Inc.), through their undersigned counsel, move the Court for an order staying these proceedings pursuant to § 3 of the Federal Arbitration Act, 9 U.S.C. § 1 *et seq*. In

support of this Consent Motion, the parties submit the following Memorandum in Support of Consent Motion to Stay Proceedings.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: /s/ Michael J. Ranallo
Michael J. Ranallo, Esq.
55 W. Monroe Street, Suite 800
Chicago, Illinois 60603
Telephone: 312/263-3600
Fax: 312/578-6666

Local Counsel:

RHOADS & SINON LLP

By: _____
Todd J. Shill, Esq.
One South Market Square, 12th Fl.
Harrisburg, Pennsylvania 17108-1146
Telephone: 717/233-5731
Fax: 717/231-6637

ATTORNEYS FOR DEFENDANTS, BFS RETAIL & COMMERCIAL OPERATIONS, LLC

Respectfully submitted,

_____
Michael J. O'Connor, Esquire
**Killian & Gephart**
218 Pine Street
P. O. Box 886
Harrisburg, PA 17108
(717) 232-1851
Attorney I. D. #76127

Attorneys for Plaintiff

Dated: July 8, 2002

3