IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM E. BENNER, III,<br>Plaintiff, | : | |
| | : | CIVIL ACTION NO. 1:CV-01-0909 |
| | : | Judge Kane |
| v. | : | |
| | : | |
| BRIDGESTONE/FIRESTONE, INC.,<br>Defendant. | : | |

FILED
HARRISBURG
JUL 1 0 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### ORDER

Now before the Court is a consent motion to stay this action pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et seq. The motion was filed jointly and bears the signatures of counsel for both parties. The motion (Doc. No. 22) is hereby **GRANTED**. This action is stayed pending the conclusion of arbitration proceedings. The parties shall notify the Court immediately upon the conclusion of the arbitration proceedings, and make an appropriate motion to proceed or dismiss.

YVETTE KANE
United States District Judge

Date: _____, 2002