

*OFFICE OF THE CLERK*

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**

*U.S. Courthouse*
*228 Walnut Street, Rm. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*

*MARY E. D'ANDREA*
*Clerk of Court*

*(717) 221-3920*
*FAX   (717) 221-3959*

April 30, 2003

Michael J. O'Connor, Esquire
Killian & Gephart, LLP
218 Pine Street
P.O. Box 886
Harrisburg, PA  17108-0886

     IN RE:     Benner v. Bridgestone/Firestone - Case No. 1:CV-01-909

Dear Counsel:

     Please be advised you are hereby directed to submit a status report to the Honorable Yvette Kane at P.O. Box 11817, Harrisburg, PA 17108 on or before May 14, 2003.

     Additionally, you are directed to file a signed copy of same with the Clerk of Court at P.O. Box 983, Harrisburg, PA 17108, within the above deadline.

     Thank you for your consideration in this matter.

     Very truly yours,

     MARY D'ANDREA, CLERK

     Jennifer Kennedy
     Deputy Clerk

cc:     Judge Yvette Kane