ORIGINAL

THE LAW FIRM OF

# KILLIAN & GEPHART, LLP

THOMAS W. SCOTT
JANE GOWEN PENNY
TERRENCE J. McGOWAN
J. PAUL HELVY
MICHAEL J. O'CONNOR
HEATHER M. FAUST

218 PINE STREET
P. O. BOX 886
HARRISBURG, PENNSYLVANIA 17108-0886

---------

TELEPHONE (717) 232-1851
FAX NO. (717) 238-0592
www.killiangephart.com

Of Counsel:
JOHN D. KILLIAN
SMITH B. GEPHART

May 14, 2003

The Honorable Yvette Kane
U.S. District Court
Federal Building
P.O. Box 11817
Harrisburg, PA 17108

FILED
HARRISBURG

MAY 1 4 2003

MARY E. D'AN
Per
Dep

> **Re:** **William E. Benner, III, v. Bridgestone/Firestone, Inc.**
> **District Court, Middle District of Pennsylvania**
> **NO.: 1:CV-01-0909**

Dear Judge Kane:

Pursuant to correspondence received from the Deputy Clerk, Jennifer Kennedy, please accept this letter as a status report of the parties in the above-captioned case.

Due to the circumstances overseas, my client was deployed to the Middle East region for a couple of months and recently returned in April 2003. He is scheduled for redeployment to the Middle East within the next two weeks. It appears that he may be on a cycle where he may be deployed for 45 day intervals for the next 10 months.

Due to my client's military service, it is difficult for the parties to complete discovery. The parties intend to complete discovery upon Mr. Benner's completion of military service in the Middle East. Thereafter, the parties intend to arbitrate this case before Ralph Colflesh, Esquire, who was assigned by the American Arbitration Association. The parties currently have an arbitration scheduled in August 2003 which will need to be extended due to Mr. Benner's military service. A telephone conference has been tentatively scheduled for May 16, 2003 with the arbitrator to discuss revising the discovery schedule and arbitration date.

The Honorable Yvette Kane
May 14, 2003
Page 2

      Thank you for your courtesy and attention to this matter.

                              Very truly yours,

                              Michael J. O'Connor

MJO/mbl
cc:    Michael J. Ranallo, Esquire
       Todd J. Shill, Esquire