

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM E. BENNER, III, | : |
| Plaintiff, | : CIVIL ACTION - LAW |
| v. | : No.: 1:CV-01-0909 |
| BRIDGESTONE/FIRESTONE, INC., | : Honorable Judge Kane |
| | : JURY TRIAL DEMANDED |
| Defendant. | : |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, William E. Benner, III ("Plaintiff") and Defendant, BFS Retail & Commercial Operations, LLC, formerly known as Bridgestone/Firestone, Inc., ("Defendant"), hereby stipulate and agree that all claims asserted by Plaintiff against Defendant are hereby settled and dismissed with prejudice, each party to bear his/its own costs.

_____
Michael J. O'Connor, Esq.
Killian & Gephart
218 Pine Street
P.O. Box 886
Harrisburg, PA  17108
(717) 232-1851
Attorney I.D. #76127
Attorney for Plaintiff

_____
Michael J. Ranallo, Esq.
131 South Dearborn – 30th Floor
Chicago, Illinois 60603
312/263-3600
312/578-6666 (Fax)
michael.ranallo@hklaw.com

Local Counsel:
RHOADS & SINON LLP
Todd J. Shill, Esq.
One South Market Square
12th Fl.
Harrisburg, PA  17108-1146
717/233-5731
717/231-6637 (Fax)

Attorneys For Defendant, BFS Retail & Commercial Operations, LLC

# 1872092_v1