IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM E. BENNER, III, | : |
| Plaintiff, | : CIVIL ACTION - LAW |
| v. | : No.: 1:CV-01-0909 |
| BRIDGESTONE/FIRESTONE, INC., | : Honorable Judge Kane |
| | : JURY TRIAL DEMANDED |
| Defendant. | : |

**DISMISSAL ORDER**

THIS CAUSE comes on to be heard upon the Joint Stipulation For Dismissal With Prejudice filed by Plaintiff, WILLIAM E. BENNER, III, ("Plaintiff"), and Defendant, BFS RETAIL & COMMERCIAL OPERATIONS, LLC, (formerly doing business as the retail division of Bridgestone/Firestone, Inc.). The Court having examined the Joint Stipulation among the parties, and otherwise being fully advised in the

premises, finds that Plaintiff and Defendant have stipulated and agreed to the dismissal of Plaintiff's claims with prejudice and without costs;

IT IS THEREFORE ORDERED that the claims of Plaintiff, WILLIAM E. BENNER, III, against Defendant, BFS RETAIL & COMMERCIAL OPERATIONS, LLC, be and the same hereby are, dismissed with prejudice.

DATED: April ___, 2004

_____
The Honorable Yvette Kane

# 1884806_v1